

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00432-CV

## IN THE INTEREST OF C.M.P. AND L.M.P., CHILDREN

_____

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 9024684

## MEMORANDUM  OPINION

Appellant, Michael Parker, presented a notice of appeal regarding a trial court order or judgment signed on November 16, 2011.  By letter dated December 12, 2011, the Clerk of this Court notified Parker that his docketing statement was past due and must be filed within 21 days from the date of the letter.  No docketing statement was received and filed.  By letter dated January 9, 2012, the Clerk of this Court warned Parker that his appeal would be dismissed without further notification unless, within 14 days from the date of the letter, Parker's docketing statement was filed.  Again, no docketing statement was received and filed.  We also note that Parker has not paid for the court reporter's record and has not paid this Court's fees associated with the appeal.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2011).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2.  The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Parker.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 8, 2012
[CV06]